**IT IS SO ORDERED.**



ENTERED UNDER ADMINISTRATIVE ORDER NO. 06-2
KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ N.C. Marszal
      **Deputy Clerk**

**Dated: June 10, 2010**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

*In re:* IRIS ANN MORRIS

    *Debtor(s)*

Case No: 10-15498

Chapter 7

Judge Pat E. Morgenstern-Clarren

**ORDER ON DEBTOR(S)
TO APPEAR AND SHOW CAUSE**

It appearing to the Court that the Debtor(s) failed to:

\_\_\_ file a plan within the time required by Bankruptcy Rule 3015.

\_\_\_ file schedules and statements as required by 11 U.S.C. § 521(1) within the time required by Bankruptcy Rule 1007(c).

\_\_\_ file a Declaration re Electronic Filing of Documents as required by General Order 02-2.

\_\_\_ file a Form B21 as required by Bankruptcy Rule 1007(f).

\_\_\_ file the mailing matrix/list of creditors

**X** pay the appropriate filing fee     \_\_\_ $274 for Chapter 13     **X** $299 for Chapter 7.

\_\_\_ pay filing fee installment(s) as required by this Court's order.

\_\_\_ file the correct petition (Official Form 1 4/10).

\_\_\_ file Certificate of Credit Counseling as required by 11 U.S.C. § 521 (b)(1).

\_\_\_ file Means Test as required by 11 U.S.C. § 521 (a)(1), Bankruptcy Rule 1007 (b) & (c).

\_\_\_ file Form B201 Notice to Individual Consumer Debtor Under § 342 (b), as required by 11 U.S.C. § 521 (a)(1).

\_\_\_ file Statement Disclosing Attorney Compensation as required by 11 U.S.C. § 330; Bankruptcy Rule 2016 (a).

\_\_\_ file Statement Disclosing Petition Preparer Compensation as required by 11 U.S.C. § 110 (h).

\_\_\_ file Exhibit D to Official Form 1 as required by Bankruptcy Rule 1007(b)(3) & (c).

\_\_\_ Other:

WHEREFORE, counsel for the Debtor(s) is ordered to appear at a hearing scheduled for **July 1, 2010 at 8:30 AM**, Courtroom 2A, 201 Superior Avenue, Howard M. Metzenbaum Bldg, U.S. Courthouse, Cleveland, OH 44114, and show cause why this case should not be dismissed or converted to a case under § 707(a) or (b), § 1112(a) or (b), or § 1307(c) for the failure(s) described above.

**FILING THE DOCUMENTS OR PAYING THE FEE WILL NOT EXCUSE ATTENDANCE AT THIS HEARING.**