**IT IS SO ORDERED.**



ENTERED UNDER ADMINISTRATIVE ORDER NO. 06-2
KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY:  /s/ N.C. Marszal
    **Deputy Clerk**

**Dated: June 10, 2010**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

*In re:* IRIS ANN MORRIS

       *Debtor(s)*

Case No: 10-15498

Chapter 7

Judge Pat E. Morgenstern-Clarren

**ORDER ON DEBTOR(S)
TO APPEAR AND SHOW CAUSE**

It appearing to the Court that the Debtor(s) failed to:

\_\_\_\_ file a plan within the time required by Bankruptcy Rule 3015.

\_\_\_\_ file schedules and statements as required by 11 U.S.C. § 521(1) within the time required by Bankruptcy Rule 1007(c).

\_\_\_\_ file a Declaration re Electronic Filing of Documents as required by General Order 02-2.

\_\_\_\_ file a Form B21 as required by Bankruptcy Rule 1007(f).

\_\_\_\_ file the mailing matrix/list of creditors

**X** pay the appropriate filing fee      \_\_\_\_ $274 for Chapter 13      **X** $299 for Chapter 7.

\_\_\_\_ pay filing fee installment(s) as required by this Court's order.

\_\_\_\_ file the correct petition (Official Form 1 4/10).

\_\_\_\_ file Certificate of Credit Counseling as required by 11 U.S.C. § 521 (b)(1).

\_\_\_\_ file Means Test as required by 11 U.S.C. § 521 (a)(1), Bankruptcy Rule 1007 (b) & (c).

\_\_\_\_ file Form B201 Notice to Individual Consumer Debtor Under § 342 (b), as required by 11 U.S.C. § 521 (a)(1).

\_\_\_\_ file Statement Disclosing Attorney Compensation as required by 11 U.S.C. § 330; Bankruptcy Rule 2016 (a).

\_\_\_\_ file Statement Disclosing Petition Preparer Compensation as required by 11 U.S.C. § 110 (h).

\_\_\_\_ file Exhibit D to Official Form 1 as required by Bankruptcy Rule 1007(b)(3) & (c).

\_\_\_\_ Other:

WHEREFORE, counsel for the Debtor(s) is ordered to appear at a hearing scheduled for **July 1, 2010 at 8:30 AM**, Courtroom 2A, 201 Superior Avenue, Howard M. Metzenbaum Bldg, U.S. Courthouse, Cleveland, OH 44114, and show cause why this case should not be dismissed or converted to a case under § 707(a) or (b), § 1112(a) or (b), or  § 1307(c) for the failure(s) described above.

**FILING THE DOCUMENTS OR PAYING THE FEE WILL NOT EXCUSE ATTENDANCE AT THIS HEARING.**

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: nmars            Page 1 of 1              Date Rcvd: Jun 10, 2010
Case: 10-15498                Form ID: pdf755        Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 12, 2010.
```
db           +Iris Ann Morris,    2212 WATERBURY,   LAKEWOOD, OH 44107-6217
```

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 12, 2010**                    Signature:    _Joseph Speetjens_