UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-15498 |
| | ) | |
| IRIS ANN MORRIS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Pat E. Morgensten-Clarren |
| | ) | |
| | ) | **ORDER DIRECTING ATTORNEY** |
| | ) | **PAM THEODOTOU TO APPEAR** |
| | ) | **AND SHOW CAUSE** |

The court issued two orders to show cause directing the debtor Iris Morris and her attorney Pam Theodotou to appear on **July 1, 2010** at 8:30 a.m. and show cause regarding a failure to pay the required filing fee, failure to file a declaration re electronic filing of documents, and failure to file the certificate of credit counseling. (Docket 3, 7). The court has further reviewed the documents filed by the debtor, including the disclosure of compensation of attorney for debtor. (Docket 1). That document shows that attorney Theodotou charged the debtor $899.00 for services rendered, none of which has been paid, and that attorney Theodotou does not intend to represent the debtor at the meeting of creditors.

IT IS, THEREFORE, ORDERED that the debtor and attorney Theodotou are to be prepared to address this fee arrangement at the previously scheduled July 1, 2010 hearing.

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

To be served by the clerk's office by regular U.S. mail on:
 Ms. Iris Ann Morris, 2212 Waterbury, Lakewood, OH 44107