**IT IS SO ORDERED.**



ENTERED UNDER ADMINISTRATIVE ORDER NO. 06-2
KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY:  /s/ Erick Jones_____
                    **Deputy Clerk**

**Dated: June 21, 2010**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

*In re:* IRIS ANN MORRIS

*Debtor(s)*

Case No: 10-15498

Chapter 7

Judge Pat E. Morgenstern-Clarren

**ORDER ON DEBTOR(S)
TO APPEAR AND SHOW CAUSE**

It appearing to the Court that the Debtor(s) failed to:

____ file a plan within the time required by Bankruptcy Rule 3015.

____ file schedules and statements as required by 11 U.S.C. § 521(1) within the time required by Bankruptcy Rule 1007(c).

**X** file a Declaration re Electronic Filing of Documents as required by General Order 02-2.

____ file a Form B21 as required by Bankruptcy Rule 1007(f).

____ file the mailing matrix/list of creditors

____ pay the appropriate filing fee     ____ $274 for Chapter 13     ____ $299 for Chapter 7.

____ pay filing fee installment(s) as required by this Court's order.

____ file the correct petition (Official Form 1 4/10).

**X** file Certificate of Credit Counseling as required by 11 U.S.C. § 521 (b)(1).

____ file Means Test as required by 11 U.S.C. § 521 (a)(1), Bankruptcy Rule 1007 (b) & (c).

____ file Form B201 Notice to Individual Consumer Debtor Under § 342 (b), as required by 11 U.S.C. § 521 (a)(1).

____ file Statement Disclosing Attorney Compensation as required by 11 U.S.C. § 330; Bankruptcy Rule 2016 (a).

____ file Statement Disclosing Petition Preparer Compensation as required by 11 U.S.C. § 110 (h).

____ file Exhibit D to Official Form 1 as required by Bankruptcy Rule 1007(b)(3) & (c).

____ Other:

WHEREFORE, counsel for the Debtor(s) is ordered to appear at a hearing scheduled for **July 1, 2010 at 8:30 AM**, Courtroom 2A, 201 Superior Avenue, Howard M. Metzenbaum Bldg, U.S. Courthouse, Cleveland, OH 44114, and show cause why this case should not be dismissed or converted to a case under § 707(a) or (b), § 1112(a) or (b), or  § 1307(c) for the failure(s) described above.

**FILING THE DOCUMENTS OR PAYING THE FEE WILL NOT EXCUSE ATTENDANCE AT THIS HEARING.**

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: ejone              Page 1 of 1              Date Rcvd: Jun 21, 2010
Case: 10-15498                Form ID: pdf984          Total Noticed: 12
```

The following entities were noticed by first class mail on Jun 23, 2010.
```
db          +Iris Ann Morris,    2212 Waterbury,    Lakewood, OH 44107-6217
ust         +Cynthia J. Thayer,    US Department of Justice,    201 Superior Avenue,    Suite 441,
              Cleveland, OH 44114-1234
19656654    +ASSET ACCEPTANCE,    PO BOX 1630,    WARREN, MI 48090-1630
19656655    +CAPITAL ONE,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
19656656    +CONTRACT CALLERS,    1058 CLAUSSEN RD STE 110,    AUGUSTA, GA 30907-0301
19656657    +FASHION BUG,    1103 ALLEN DR,    MILFORD, OH 45150-8763
19656658    +FIRST FEDERAL CREDIT,    24700 CHAGRIN BLVD STE 205,    CLEVELAND, OH 44122-5662
19656659    +LAKEWOOD MUNICIPAL,    12650 DETROIT AVE,    LAKEWOOD, OH 44107-2888
19656660    +OHIO AUTO LOAN,    750 Cleavland St,    Elyria, OH 44035-4142
19656661    +PROMPT RECOVERY,    9347 RAVENNA RD STE G,    TWINSBURG, OH 44087-2463
19656662    +UNITED COLLECT,    PO BOX 140190,    TOLEDO, OH 43614-0190
```

The following entities were noticed by electronic transmission on Jun 21, 2010.
```
19656653    +E-mail/Text: roy.buchholz@allianceoneinc.com                          ALLIANCE ONE,
              1684 WOODLANDS DR STE 150,    MAUMEE, OH 43537-4026
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2010**                           Signature:  *Joseph Speetjens*