# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** Pamela I Theodotou  **Case Number:** 10–15498–pmc

**Debtor(s):** Iris Ann Morris  **Judge:** PAT E MORGENSTERN–CLARREN

**Re:** ☐ Orders for Judge's Consideration  ☑ Motions/Pleadings/Filings for Judge's Consideration

**The following deficiency must be corrected within 0 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ cover page/worksheet ☐ request for summons
- ☐ Affidavit is invalid. Needs ☐ notary seal/stamp ☐ signature ☐ county/state
- ☐ Answer was filed before order.
- ☐ Attachments ☐ missing ☐ incorrectly filed ☐ PDF missing ☐ PDF incorrect
- ☐ Attorney name block required on . Name block must include attorney name, firm, address, telephone number, and Northern District of Ohio bar registration number.
- ☐ Bar registration number required on
- ☐ Case ☐ closed ☐ dismissed ☐ number incorrect ☐ transferred ☐ caption incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service.
- ☐ Duplicate/multiple cases electronically filed for same debtor. Submit appropriate pleading to clarify.
- ☐ Electronic filing required per General Order 03–1
- ☐ Exhibit A is not attached.
- ☐ Filing Fees ☐ payment required ☐ incorrect fee paid
- ☐ Hearing information ☐ not fully reflected in order ☐ no hearing notice ☐ incorrect hearing time/date
- ☐ Installment Application ☐ incomplete ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit.
- ☐ Legal Property Description with Permanent Parcel Number.
- ☐ Notice to Individual Consumer Debtor under §342 (b) of the Bankruptcy Code.
- ☐ Orders must be filed after scheduled hearing (with the exception of agreed orders).
- ☐ Order ☐ Returned due to dismissal ☐ Requires changes noted by judge ☐ Submit to judge's order box
- ☑ Pay Advices and/or proof of no income received 60 days immediately preceding the filing of the petition.
- ☐ Pay.Gov indicates that the filing fee entered is $0.00. Resubmit pleading using proper event and pay filing fee.
- ☐ Petition ☐ not Official Form 1/08 ☐ incomplete ☐ needs signature
- ☐ Relief granted without a hearing due to no response from other party. Order should be a default hearing order without factual findings.
- ☐ Signature ☐ original required. ☐ /S/ signature required for ☐ attorney ☐ debtor ☐ creditor
- ☐ Motions are granted and Objections are sustained.
- ☑ Other. See comments/instructions.

**Comments/Instructions:**
Pleadings Are Due Immediately.

Deputy Clerk: **/s/NC Marszal**
Date: **06/24/10**
Form ohnb140