# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** Pamela Theodotou                    **Case Number:** 10–15498–pmc

**Debtor(s):** Iris Ann Morris              **Judge:** PAT E MORGENSTERN–CLARREN

**Re:** ☐ Orders for Judge's Consideration  ☑ Motions/Pleadings/Filings for Judge's Consideration

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ cover page/worksheet ☐ request for summons

☐ Affidavit is invalid. Needs ☐ notary seal/stamp ☐ signature ☐ county/state

☐ Answer was filed before order.

☐ Attachments ☐ missing ☐ incorrectly filed ☐ PDF missing ☐ PDF incorrect

☐ Attorney name block required on . Name block must include attorney name,
   firm, address, telephone number, and Northern District of Ohio bar registration number.

☐ Bar registration number required on

☐ Case ☐ closed ☐ dismissed ☐ number incorrect ☐ transferred ☐ caption incorrect.

☐ Certificate of service indicating name and address of parties served and date of service.

☐ Duplicate/multiple cases electronically filed for same debtor. Submit appropriate pleading to clarify.

☐ Electronic filing required per General Order 03–1

☐ Exhibit A is not attached.

☐ Filing Fees ☐ payment required ☐ incorrect fee paid

☐ Hearing information ☐ not fully reflected in order ☐ no hearing notice ☐ incorrect hearing time/date

☐ Installment Application ☐ incomplete ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit.

☐ Legal Property Description with Permanent Parcel Number.

☐ Notice to Individual Consumer Debtor under §342 (b) of the Bankruptcy Code.

☐ Orders must be filed after scheduled hearing (with the exception of agreed orders).

☐ Order ☐ Returned due to dismissal ☐ Requires changes noted by judge ☐ Submit to judge's order box

☐ Pay Advices and/or proof of no income received 60 days immediately preceding the filing of the petition.

☐ Pay.Gov indicates that the filing fee entered is $0.00. Resubmit pleading using proper event and pay filing fee.

☐ Petition ☐ not Official Form 1/08 ☐ incomplete ☐ needs signature

☐ Relief granted without a hearing due to no response from other party. Order should be a default hearing order
   without factual findings.

☐ Signature ☐ original required.   ☐ /S/ signature required for ☐ attorney ☐ debtor ☐ creditor

☐ Motions are granted and Objections are sustained.

☑ Other. See comments/instructions.

**Comments/Instructions:**
An amended summary of schedules is required.

Deputy Clerk: **/s/ Erick Jones**
Date: **July 9, 2010**
Form ohnb140