IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-15498 |
| | ) | |
| Iris Ann Morris, | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | |
| Debtor. | ) | Chapter 7 Case |

**NOTICE OF TRUSTEE'S OBJECTION TO APPLICATION TO PROCEED
IN FORMA PAUPERIS AND HEARING THEREON**

**TO:   IRIS ANN MORRIS**

The trustee has filed an objection to the application to proceed in forma pauperis in this bankruptcy case.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to sustain the objection, then on or before August 19, 2010, you or your attorney must:

>File with the Court a written response to the objection, explaining your position, at:
>
>Clerk of Court
>United States Bankruptcy Court
>H.M. Metzenbaum U.S. Courthouse
>201 Superior Avenue, 1st FL
>Cleveland, OH 44114
>
>If you mail your response to the Court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.  **If you do not timely file a response, the Court may sustain the objection without a hearing.**

You must also mail a copy to:

David O. Simon, Trustee
1370 Ontario Street, Suite 450
Cleveland, OH 44113-1744

You must also:

Attend the hearing on the objection, scheduled to be held on the 26th day of August, 2010, at 8:30 a.m., in Courtroom 2A, United States Bankruptcy Court, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection.

Date: July 30, 2010

*/s/ David O. Simon*
DAVID O. SIMON, TRUSTEE
1370 Ontario Street, Suite 450
Cleveland, OH 44113-1744
(216) 621-6201; Fax (216) 575-1405
dsimon@epiqtrustee.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the foregoing Notice of Trustee's Objection to Application to Proceed In Forma Pauperis and Hearing Thereon was electronically served upon Pamela Theodotou, Esq., attorney for debtor, and the U.S. Trustee, and was sent by regular U. S. Mail this 30th day of July, 2010, to:

Iris Ann Morris
2212 Waterbury
Lakewood, OH 44107

*/s/ David O. Simon*
DAVID O. SIMON